**U.S.D.J. KIYO A. MATSUMOTO**     **TIME:11:00 am - 11:50am**     DATE: **8/10/2020**

# CRIMINAL CAUSE FOR PLEADING

<u>USA - v- BLACK</u>                                                     Docket No.: **19 CR 407  [KAM]**

Defendant**: <u>Michael Black</u>**

 **X**  present     ____ not present     __ custody     **X** bail

Def. Counsel: **<u>Christopher Brunno</u>**

 **X** present     ____ not present   _LAS   **X**  RET    _ Federal Defenders

AUSA: **Hiral Mehta**     Deputy  **S. Jackson**          Int: NN          C/ R**:** Georgette Betts

✔ Case Called                 Defendant's First Appearance

✔ Defendant: __✔ Sworn          __ Arraigned          ___✔ Informed of Rights

__ Waiver of Indictment Executed for Defendant

__ Superceding Information Filed

✔ Defendant Withdraws not Guilty Plea and Enters Guilty Plea to Count **3**  of the **Indictment**

✔ Court Finds Factual Basis for the Plea

✔ Sentencing is scheduled for **11/24/2020 at 11:00a.m.**

___PRB Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody

___Case Adjourned to ____/____/____ at _____

✔ Court accepts the Plea of Guilty.

✔ Transcript Ordered

✔ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32
   with regards to objections or comments to the Presentence Report (PSR). Defense counsel must
   respond to PSR within one weeks of receipt of the psr, the government will respond one week
   thereafter.  PSR objections shall be directed to the probation officer, but need not be filed via ecf.

✔ Sentencing motions/submissions or letters of support on behalf of the defendant (apart from
   PSR objections) shall be submitted as follows:
   defendant's sentencing submissions/motions shall be served and filed by **11/3/2020**, the government will
   respond by **11/10/2020**, and any reply by defendant, due by **11/17/2020.**

✔ The court respectfully request that the parties provide chambers with two hard courtesy copies of all
   sentencing submissions and one copy to the Probation Department.