# Law Offices of Marc S. Nurik
### Counselor at Law
**Admitted to Practice in**
California, Florida and New York

| | |
|---|---|
| 9350 Wilshire Blvd. Suite 308 | 4800 N. Federal Hwy, Suite 205B |
| Beverly Hills, California 90212 | Boca Raton, Florida 33487 |
| 310-909-6828 | 561-273-7000 |

April 24, 2024

Honorable Kiyo A. Matsumoto
United states District Judge
25 Cadman Plaza East, Chambers room 905 South
Brooklyn, N.Y. 11201

Re: United States v. Michael Black, 1:19-cr-00407 (KAM)

Dear Judge Matsumoto:

I am counsel to Defendant, Michael Black in the above referenced matter. My client requests that the Court modify his bail limits to permit him to travel to Hawaii for a family vacation from May 5th returning on May 10th of this year. (sentencing has not been scheduled yet in this matter.)

Assistant United States Attorney Dylan Stern has represented that he has no objection to this travel request. Similarly, Pretrial Services Officer Eva Arevalo has advised that she would consent to this request, subject to the Court's approval.

My client has already provided the travel arrangements and trip information to Ms. Arevalo.

Thank you for your attention to this request.

Respectfully Submitted,

   */s/Marc S. Nurik*

Marc S. Nurik

cc: Assistant United States Attorney Dylan Stern
Pretrial Services Officer Eva Arevalo